UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE W. BEECHUM, et al., | Case No. 5:14-cv-03083-PSG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITIMORTGAGE, INC., et al., | |
| Defendants. | |

The parties failed to appear for a status conference today.[1] Plaintiffs also failed to file a response to Defendants' motion to dismiss, due February 11, 2015.[2] Plaintiffs therefore shall show cause why dismissal of this case for failure to prosecute is not warranted. This showing shall be made at the hearing scheduled March 3, 2015 at 10:00 a.m. on Defendant NBS Default Services, LLC's motion to dismiss.

**SO ORDERED.**

Dated: February 17, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 16.

[2] *See* Docket No. 10.