

DENIED
Paul S. Grewal
Judge Paul S. Grewal

George W. Beechum
14676 Meridian Rd.
Castroville, CA
95012
June 29, 2015

Magistrate Judge
United States District Court
Northern District of California
Case No. ~~5:15-CV-01886-PSG~~
CV14-03083 PSG O.R.

Honorable Judge Paul S. Grewal,

I have been instructed to submit an amended complaint regarding this case. I am handling it Pro Se and have been having difficulties with obtaining proper Legal advice.

I hereby request a thirty day continuance in order to develop my amended complaint properly.


Respectfully,


George W. Beechum, Plaintiff